# EXHIBIT "A"

IN THE SUPERIOR COURT OF PEACH COUNTY

STATE OF GEORGIA

| | |
|---|---|
| MARKCO WHIPPLE, | CIVIL ACTION NO |
| Plaintiff, | 17-V-0126 |
| vs. | |
| ALBERTO CRUZ, PENKSE TRUCKING LEASING CORPORATION, And TRUSTSTAR TRANSPORT, INC, | GEORGIA, PEACH COUNTY Clerk's Office, Superior Court, Filed in Office 31st day of May 20 17 |
| Defendants. | |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff Markco Whipple, and files his Complaint for Damages respectfully shows the Court as follows:

### Statement of Venue and Jurisdiction

1.

Defendant Alberto Cruz (hereinafter "Cruz") is a resident of Jefferson County, Kentucky and may be served at 8410 Hurstbourne Woods Place, Louisville, Kentucky 40299.

2.

Defendant Penkse Truck Leasing Corporation (hereinafter "Penkse", at all pertinent times was, and is, a foreign profit corporation, with its principal place of business located at RT 10 Green Hills, Post Box 563, Reading, PA 19603. Said Defendant is subject to the jurisdiction of this Court by virtue of the facts shown hereinbelow, and can be served with this Complaint to Corporation Service Company, the Registered Agent for Defendant Penkse Truck Leasing Corporation at 40 Technology Parkway South Suite 300, Norcross, Georgia 30092.

3.

Defendant TrustStar Transport, Inc. (hereinafter "TrustStar"Leasing"), at all pertinent times was, and is, a for profit corporation, with its principal place of business located at 8410 Hurstbourne Woods Place, Louisville, KY 40299. Said Defendant is subject to the jurisdiction of this Court by virtue of the facts shown hereinbelow, and can be served with this Complaint to Alberto Cruz, the Registered Agent for Defendant TrustStar Transport, Inc. at 8410 Hurstbourne Woods Place, Louisville, Kentucky 40299.

4.

This is an action for damages based upon the joint and several negligence of Defendant Cruz, Defendant Penkse, and Defendant TrustStar for certain torts committed by Defendants against Plaintiff arising from a motor vehicle collision which occurred in Peach County, Georgia.

5.

Venue is proper in Peach County Superior Court in accordance with GA. CONST., Art. 6, § 2, ¶ 6, which states that "All other civil cases,... shall be tried in the county where the defendant resides..." and ¶4, which states that "Suits against joint obligors, joint tort-feasors, joint promisors, copartners, or joint trespassers residing in different counties, may be subject to an action as such in the same action in any county in which one or more of the defendants reside."

### Statement of Facts Including Specifications of Negligence Applicable Thereto

6.

Plaintiff repeats, realleges, and reavers each and every allegation contained in paragraphs one (1) through five (5) by reference as if fully and completely set forth herein verbatim.

7.

The incident complained of herein is a collision between Plaintiff's vehicle and a vehicle owned by Defendant Penkse being driven by Defendant Cruz which occurred on or about October 13, 2016 on GA 401 in Byron, Peach County, Georgia.

8.

On October 13, 2016, Defendant Cruz was operating a commercial motor vehicle as defined in 49 CFR sec 390.5. The vehicle Defendant Cruz was operating was used on a highway in interstate commerce to transport property.

9.

Defendant Cruz was driving a 2014 IHC Truck belonging to Defendant Penkse in the right lane on Georgia 401 behind Plaintiff when he rear ended the tractor trailer that the Plaintiff was driving at the time of the accident.

### Specifications of Negligence And Claim Against Defendant Alberto Cruz

10.

Plaintiff repeats, realleges, and reavers each and every allegation contained in paragraphs one (1) through nine (9) by reference as if fully and completely set forth herein verbatim.

11.

Plaintiff shows that among the acts of negligence committed by Defendant Cruz, which acts directly caused the subject collision, and which are imputable to TrustStar are as follows:

    a.    In failing to keep a vigilant lookout at the time and place complained of, the same being negligence as a matter of law;

b.      In failing to maintain a proper distance from the vehicle in front of the vehicle driven by him, in violation of O.C.G.A. § 40-6-49(a), the same being negligence as a matter of law;

c.      In failing to have one's vehicle under immediate control, the same being negligence as a matter of law;

d.      In failing to make reasonable and proper observation while driving or reasonable and proper observations were made failing to act on them.

e)      In failing to maintain a safe speed in violation of O.C.G.A. §40-6-180, the same being negligence as a matter of law;

f)      In failing to comply with F.M.C.S.A. Regulations, the same being negligence as a matter of law; and

g)      In following too closely, the same being negligence as a matter of law; and

h)      Defendant was otherwise negligent.

### *Specifications of Negligence And Claim Against Penske Trucking Leading*

12.

Plaintiff repeats, realleges, and reavers each and every allegation contained in paragraphs one (1) through eleven (11) by reference as if fully and completely set forth herein verbatim.

13.

The collision and the injuries and damages to Plaintiff were proximately caused by the acts of negligence of Defendant Cruz are imputable to Defendant Penkse Trucking Leasing Corporation pursuant to O.C.G.A. §51-2-2, because Defendant Penkse Trucking Leasing Corporation

allowed and leased the rental truck to Defendant Cruz and was negligent in the following particulars:

    a)    In allowing Defendant Cruz to lease and drive the rental truck of Defendant Penkse Truck Leasing Corporation; and

    b)    In negligently entrusting the operation of the vehicle involved in the subject collision to Defendant Cruz.

    c) Defendant Penske was negligent in other particulars.

Defendant Penkse is therefore liable jointly and severally to Plaintiff for the damages which he sustained as a result of the negligence of said Defendants.

### Specifications of Negligence And Claim Against TrustStar

14.

Plaintiff repeats, realleges, and reavers each and every allegation contained in paragraphs one (1) through thirteen (13) by reference as if fully and completely set forth herein verbatim.

15.

At the time of the incident which is the subject of this complaint, Defendant Cruz was acting in his capacity as an employee and agent of Defendant TrustStar who is therefore liable for his negligence under the doctrine of *respondeat superior.*

16.

Plaintiff shows that among the acts of negligence committed by Defendant TrustStar Transport, Inc. which acts directly caused the subject collision are as follows:

    a)    In negligently hiring and retaining Defendant Cruz;

b)   In failing to adequately train Defendant Cruz; and

c)   Defendants were otherwise negligent.

17.

The collision and the damages to Plaintiff as hereinafter set out were also proximately caused by the acts of negligence of Defendant Cruz in which are imputable to TrustStar because Defendant Cruz was the agent, servant and employee of TrustStar at the time of the incident complained of, and was acting within the course and scope of his employment by TrustStar Defendant TrustStar is therefore jointly liable and severally to Plaintiff for the damages which he sustained as a result of said negligence of these Defendants.

18.

All Defendants named herein were guilty of the various acts of negligence hereinabove respectively alleged against each Defendant, and such acts of negligence on the part of each Defendant joined and concurred to proximately cause the injuries and damages alleged by the Plaintiff, and all named Defendants are jointly and severally liable for such damages.

### *Damages*

19.

As a result of the collision in this complaint and the negligence of the defendants, the Plaintiff has sustained injuries. The defendant's negligent acts proximately caused the Plaintiff's injuries.

20.

As a result of the injuries described above, Plaintiff has incurred significant medical expenses and lost wages.

21.

As a further result of said collision, Plaintiff has suffered physical, mental and emotional distress and will continue to do so in the future.

### Demand For Judgment

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

(a)   That he have and recover from Defendants Cruz, Penske Trucking Leasing Corporation, and TrustStar Transport, Inc, jointly and severally, such sums as actual damages as is proven by the evidence for her medical expenses, loss of income, pain and suffering and disability, both past, present and future;

(b)   That Plaintiff recover from Defendants Cruz, Penske Trucking Leasing Corporation, and TrustStar Transport, Inc actual damages for the torts of negligent hiring, negligent retention, and negligent entrustment relating to Defendants Cruz, Penske Trucking Leasing Corporation, and TrustStar Transport, Inc such sums as are warranted by the evidence in the case;

(f)   That summons issue and that Defendants be required to answer this complaint, and that they be served according to law; and

(g)   For a trial by jury as to all issues triable by a jury

Respectfully submitted, 26 day of May, 2017.

REZA SEDGHI
Attorney for Plaintiff
State Bar No. 634077

2870 Vineville Ave
Macon, Georgia 31204
(478) 741-3770 office
(478) 741-3771 facsimile
www.sedghilaw@gmail.com

**SHERIFF'S INSTRUCTIONS**:

PLEASE **SHERIFF DEPARTMENT OF JEFFERSON COUNTY** SERVE DEFENDANT ALBERTO CRUZ AT THE FOLLOWING ADDRESS:

> **ALBERTO CRUZ, Defendant**
> 8410 Hurst Bourne Woods Place
> Louisville, Kentucky 40299
> 502/819-0124

PLEASE **SHERIFF DEPARTMENT OF JEFFERSON COUNTY** SERVE DEFENDANT ALBERTO CRUZ, REGISTERED AGENT FOR TRUSTSTAR TRANSPORT, INC. AT THE FOLLOWING ADDRESS:

> **ALBERTO CRUZ, Defendant**
> 8410 Hurst Bourne Woods Place
> Louisville, Kentucky 40299
> 502/819-0124

PLEASE **SHERIFF DEPARTMENT OF GWINNETT COUNTY** SERVE DEFENDANT PENKSE TRUCK LEASING, REGISTERED AGENT AT THE FOLLOWING ADDRESS:

> **CORPORATION SERVICE COMPANY, Registered Agent for Penkse Trucking Leasing**
> 40 Technology Parkway, South
> Suite 300
> Norcross, Georgia 30092

SUMMONS       SC-85-1

IN THE SUPERIOR/~~STATE~~ COURT OF _____PEACH_____ COUNTY

STATE OF GEORGIA

_____MARKCO WHIPPLE,_____

_____

PLAINTIFF

CIVIL ACTION NUMBER _____

VS.

_____ALBERTO CRUZ, PENKSE TRUCKING LEASING CORPORATION, AND TRUSTSTAR TRANSPORT, INC._____

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:   PENKSE TRUCKING LEASING CORPORATION

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

REZA SEDGHI
2870 VINEVILLE AVENUE
MACON, GA  31204
(478) 741-3770

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20_____.

Clerk of Superior/~~State~~ Court

BY _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

|  |  |
|---|---|
| Civil Action No. _____ | Civil Court ☐<br>Superior Court ☒<br>State Court ☐<br>Magistrate Court ☐ |
| Date Filed _____ | Georgia, **PEACH** COUNTY |
|  | **MARKCO WHIPPLE** |
| Attorney's Address |  |
|  | Plaintiff |
| REZA SEDGHI<br>ATTORNEY AT LAW<br>2870 VINEVILLE AVENUE<br>MACON, GA 31204<br>(478) 741-3770 | VS. |
| Name and Address of Party to be Served | ALBERTO CRUZ, PENKSE TRUCKING LEASING CORPORATION AND TRUSTSTAR TRANSPORT, INC. |
|  | Defendant |

**CORPORATION SERVICE COMPANY,**
**Registered Agent for Penkse Trucking Leasing**
40 Technology Parkway, South
Suite 300
Norcross, Georgia 30092

Garnishee

### SHERIFF'S ENTRY OF SERVICE

**GARNISHEE** ☐ I have this day served the Garnishee _____ by leaving a copy of the within action and summons with _____

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**Complaint, First Interrogatories, and First Request for Production of Documents**

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows

age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20 _____.

DEPUTY

SHERIFF DOCKET _____ PAGE _____

_____ COUNTY, GEORGIA

WHITE: Clerk    CANARY: Plaintiff Attorney    PINK: Defendant

# IN THE SUPERIOR/STATE COURT OF ___PEACH___ COUNTY

## STATE OF GEORGIA

___MARKCO WHIPPLE,___

CIVIL ACTION NUMBER __17-V-0126__

PLAINTIFF

VS.

___ALBERTO CRUZ, PENKSE TRUCKING LEASING CORPORATION, AND TRUSTSTAR TRANSPORT, INC.___

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:    PENKSE TRUCKING LEASING CORPORATION

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

REZA SEDGHI
2870 VINEVILLE AVENUE
MACON, GA  31204
(478) 741-3770

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __31st__ day of __May__, 20__17__.

Clerk of Superior/State Court

BY _Whiting Nelson_
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

Civil Action No. **17-V-0126**

Date Filed **May 31, 2017**

Civil Court ☐
Superior Court ☒
State Court ☐
Magistrate Court ☐

Georgia, **PEACH** COUNTY

**MARKCO WHIPPLE**

Plaintiff

VS.

**ALBERTO CRUZ, PENKSE TRUCKING LEASING CORPORATION AND TRUSTSTAR TRANSPORT, INC.**

Defendant

Attorney's Address

REZA SEDGHI
ATTORNEY AT LAW
2870 VINEVILLE AVENUE
MACON, GA 31204
(478) 741-3770

Name and Address of Party to be Served

~~CORPORATION SERVICE COMPANY,~~
**Registered Agent for Penkse Trucking Leasing**
~~40 Technology Parkway, South~~
Suite 300
~~Norcross, Georgia 30092~~

Garnishee

**SHERIFF'S ENTRY OF SERVICE**

I have this day served the Garnishee _____ by leaving a copy of the within action and summons with _____

I have this day served the defendant **Complaint, First Interrogatories, and First Request for Production of Documents** personally with a copy of the within action and summons.

I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20 _____.

_____
DEPUTY

SHERIFF DOCKET _____ PAGE _____

_____ COUNTY, GEORGIA

WHITE: Clerk   CANARY: Plaintiff Attorney   PINK: Defendant or

(Left margin labels: GARNISHEE, PERSONAL, NOTORIOUS, CORPORATION, TACK & MAIL, NON EST)